**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Glover Andre YAWN, Defendant–**
**Appellant.**

No. 05–14649
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 18, 2006.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Grady Charles Irvin, Jr., Law Offices of Grady C. Irvin, Jr., P.A., St. Petersburg, FL, for Defendant–Appellant.

Before ANDERSON, BIRCH and HULL, Circuit Judges.

PER CURIAM:

Grady C. Irvin, Jr., appointed counsel for Glover Andre Yawn, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Yawn's convictions and sentences are **AFFIRMED**.